UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Michael Blunt & Geraldine Blunt,

Debtors.

Case No.:    20-14873-ABA

Chapter:    13

Hearing Date:    7/22/2020

Judge:    Altenburg

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 22)

_____

Date: 7/17/2020          /s/ Denise Carlon
                                                     Signature

*rev.8/1/15*