UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Michael Blunt & Geraldine Blunt,

Debtors.

Case No.:        20-14873-ABA

Chapter:              13

Hearing Date:     12/8/2020

Judge:            Atlenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Secured Creditor's Motion for Relief (Docket # 30)

_____

Date: 12/4/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*