---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Richard Gerbino, Esq. (ID #057351993)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
716 Newman Springs Road, Suite 372
Lincroft, NJ 07738
(518) 786-9069
Attorneys for Creditor, Prestige Financial Services, Inc.

In Re:

MICHAEL N. BLUNT AND
GERALDINE N. BLUNT,

    Debtors.

Case No.:    20-14873-ABA

Adv. No.: _____

Chapter:    13

Hearing Date:    7/6/2021

Judge:    Andrew Altenburg, Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Richard Gerbino__,

   ☒ am the attorney for: __Prestige Financial Services__

   ☐ am self-represented

   Phone number: __(518) 786-9069__

   Email address: __RGerbino@schillerknapp.com__

2. I request an adjournment of the following hearing:

   Matter: __Motion for Relief from Stay filed as Document Number 53.__

   Current hearing date and time: __7/6/2021 at 10:00 AM__

   New date requested: __7/27/2021 at 10:00 AM__

   Reason for adjournment request: __The parties are attempting to resolve.__

   _____

3.     I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: 6/30/2021                                     /s/ Richard Gerbino
                                                                          Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 7/27/21 at 10          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____      ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*