UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Seymour Wasserstrum
205 Landis Ave
Vineland NJ 08360
856-696-8300
Attorney for Debtor(s)

In Re:

Michael N. Blunt
Geraldine N. Blunt

Order Filed on July 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:           20-14873

Judge:                ABA

Chapter:               13

# ORDER TO DEBTOR'S EMPLOYER
# ENDING PAYMENTS TO THE CHAPTER 13 TRUSTEE

The relief set forth on the following page is **ORDERED**.

**DATED: July 9, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

_____Geraldine N. Blunt_____, a debtor in the above named case having filed for relief under Chapter 13 of Title 11 of the United States Code, and an order having been entered for debtor's employer _____State of New Jersey_____, to deduct funds from the debtor's compensation and submit them to the Chapter 13 Trustee, and

❏   The debtor's case having been dismissed on _____,

❏   The Chapter 13 Trustee having notified the Court that the debtor has completed his/her plan payments as of _____,

❏   The debtor's case having been converted,

IT IS HEREBY

ORDERED that the debtor's employer shall cease withholding trustee payments from the debtor's compensation beginning on the date of this order, and that the debtor's employer is no longer required to submit payments to the Chapter 13 Trustee on behalf of the above named debtor, and it is further

ORDERED that any funds withheld from the debtor's compensation prior to the above date that have not been transmitted to the trustee shall be refunded to the debtor within ten (10) days of the date of this Order, and it is further

ORDERED that the attorney for the debtor or the Chapter 13 Trustee if the debtor is not represented by an attorney, shall serve a copy of this order on the debtor's employer within five days of the date of this order.

*rev.8/1/15*