**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Seymour Wasserstrum
205 Landis Ave
Vineland NJ 08360
856-696-8300
Attorney for Debtor(s)

In Re:

Michael N. Blunt
Geraldine N. Blunt

Order Filed on July 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-14873

Judge: ABA

Chapter: 13

# ORDER TO DEBTOR'S EMPLOYER
# ENDING PAYMENTS TO THE CHAPTER 13 TRUSTEE

The relief set forth on the following page is **ORDERED**.

**DATED: July 9, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

_____Geraldine N. Blunt_____, a debtor in the above named case having filed for relief under Chapter 13 of Title 11 of the United States Code, and an order having been entered for debtor's employer _____State of New Jersey_____, to deduct funds from the debtor's compensation and submit them to the Chapter 13 Trustee, and

❏   The debtor's case having been dismissed on _____,

❏   The Chapter 13 Trustee having notified the Court that the debtor has completed his/her plan payments as of _____,

❏   The debtor's case having been converted,

IT IS HEREBY

ORDERED that the debtor's employer shall cease withholding trustee payments from the debtor's compensation beginning on the date of this order, and that the debtor's employer is no longer required to submit payments to the Chapter 13 Trustee on behalf of the above named debtor, and it is further

ORDERED that any funds withheld from the debtor's compensation prior to the above date that have not been transmitted to the trustee shall be refunded to the debtor within ten (10) days of the date of this Order, and it is further

ORDERED that the attorney for the debtor or the Chapter 13 Trustee if the debtor is not represented by an attorney, shall serve a copy of this order on the debtor's employer within five days of the date of this order.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-14873-ABA
Michael N. Blunt  Chapter 13
Geraldine N. Blunt
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Jul 09, 2021    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Michael N. Blunt, Geraldine N. Blunt, 509 Laurel St., Vineland, NJ 08360-2826

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2021 at the address(es) listed below:

**Name**     **Email Address**

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Richard Gerbino
    on behalf of Creditor Prestige Financial Services Inc. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Seymour Wasserstrum

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Seymour Wasserstrum
    on behalf of Joint Debtor Geraldine N. Blunt mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

    on behalf of Debtor Michael N. Blunt mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8