| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Richard Gerbino, Esq. (ID #057351993)<br>SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP<br>A LLP Formed in the State of New York<br>716 Newman Springs Road, Suite 372<br>Lincroft, NJ 07738<br>(518) 786-9069<br>Attorneys for Creditor, Prestige Financial Services, Inc. | |
| In Re:<br><br>MICHAEL N. BLUNT AND<br>GERALDINE N. BLUNT,<br><br>　　　　　　　　Debtors. | Case No.:　　20-14873-ABA<br><br>Chapter:　　13<br><br>Hearing Date:　　7/27/2021<br><br>Judge:　　Andrew B. Altenburg |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled　　　　☐ Withdrawn

Matter: Motion for Relief from Stay filed as document number 53.

_____

Date: 7/22/2021　　　　　　　　　　　　　　/s/ Richard Gerbino
　　　　　　　　　　　　　　　　　　　　　Signature

*rev.8/1/15*