DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Richard Gerbino, Esq. (ID #057351993)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
716 Newman Springs Road, Suite 372
Lincroft, NJ 07738
(518) 786-9069
Attorneys for Creditor, Prestige Financial Services, Inc.

Order Filed on July 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL N. BLUNT AND
GERALDINE N. BLUNT,

            Debtors.

Case No.: 20-14873-ABA

Judge: Andrew Altenburg, Jr.

Chapter: 13

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby

**ORDERED.**

**DATED: July 22, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Richard Gerbino, Esq. (ID #057351993)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
716 Newman Springs Road, Suite 372
Lincroft, NJ 07738
(518) 786-9069
Attorneys for Creditor, Prestige Financial Services, Inc.

In Re:

    MICHAEL N. BLUNT AND
    GERALDINE N. BLUNT,

                     Debtors.

Case No.:  20-14873-ABA

Judge:  Andrew Altenburg, Jr.

Chapter:  13

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

      WHEREAS, Prestige Financial Services, Inc. (hereinafter "creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay herein; and

      WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

      NOW THEREFORE, the creditor and debtors hereby agree as follows:

      1.    That the debtor shall pay the post-petition default of $980.85, while continuing regular monthly payments commencing July 30, 2021, by making a series of payments to the creditor as follows:

            (1) Debtor shall make one payment in the amount of $654.32 to the creditor no later than July 30, 2021;

      (2) Debtor shall make one payment in the amount of $654.32 to the creditor no later than August 30, 2021;

      (3) Debtor shall make one payment in the amount of $654.32 to the creditor no later than September 30, 2021;

    2.    In the event debtor fails to make any payment called for in this Consent Order thirty (30) days of the due date, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtors and counsel for debtors.  Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

    3.    That this order shall survive any conversion of this bankruptcy case.

    4.    The debtor shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $181.00 for bringing the motion for relief from the automatic stay.

| | |
|---|---|
| */s/ Richard Gerbino* | */s/ Seymour Wasserstrum* |
| Richard Gerbino, Esq. | Seymour Wasserstrum, Esq. |
| Attorney for Creditor | Attorney for Debtor |
| Schiller, Knapp, Lefkowitz & Hertzel, LLP | Law Office of Seymour Wasserstrum |
| 716 Newman Springs Road, Suite 372 | 205 West Landis Avenue |
| Lincroft, New Jersey 07738 | Vineland, New Jersey 08360 |
| Dated: July 22, 2021 | Dated: July 21, 2021 |

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-14873-ABA
Michael N. Blunt  Chapter 13
Geraldine N. Blunt
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Jul 22, 2021    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2021:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Michael N. Blunt, Geraldine N. Blunt, 509 Laurel St., Vineland, NJ 08360-2826

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2021 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
     ecfmail@standingtrustee.com summarymail@standingtrustee.com

Rebecca Ann Solarz
     on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Richard Gerbino
     on behalf of Creditor Prestige Financial Services  Inc. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Seymour Wasserstrum

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 22, 2021 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Joint Debtor Geraldine N. Blunt mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | |
| | on behalf of Debtor Michael N. Blunt mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8