Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−14873−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael N. Blunt
509 Laurel St.
Vineland, NJ 08360

Geraldine N. Blunt
509 Laurel St.
Vineland, NJ 08360

Social Security No.:
xxx−xx−6416

xxx−xx−3496

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              August 24, 2021
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*64* – Certification in Opposition to (related document:59 Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: re: 509 Laurel Street, Vineland, NJ 08360. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 34 Order on Motion For Relief From Stay, 40 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 45 Order (Generic)) filed by Rebecca Ann Solarz on behalf of MIDFIRST BANK. Objection deadline is 07/29/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Cory Francis Woerner on behalf of Geraldine N. Blunt, Michael N. Blunt. (Woerner, Cory)

and transact such other business as may properly come before the meeting.

Dated: July 30, 2021
JAN: lgr

Jeanne Naughton
Clerk