Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

 Case No.: 20−14873−ABA
 Chapter: 13
 Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael N. Blunt                                          Geraldine N. Blunt
   509 Laurel St.                                            509 Laurel St.
   Vineland, NJ 08360                                        Vineland, NJ 08360

Social Security No.:
   xxx−xx−6416                                               xxx−xx−3496

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 4/5/22 at 10:00 AM

to consider and act upon the following:

**75** − Certification in Opposition to (related document:74 Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: re: 509 Laurel Street, Vineland, NJ 08360. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 59 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 68 Order (Generic), 70 Amended Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 03/14/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Seymour Wasserstrum on behalf of Geraldine N. Blunt, Michael N. Blunt. (Wasserstrum, Seymour)

Dated: 3/14/22

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court