# EXHIBIT B

**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**
Caption In Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 20-14873 ABA
CHAPTER 13
Judge: Andrew B. Altenburg Jr.

In re:

Geraldine N. Blunt
Michael N. Blunt

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 12/21/2007

I, **Marcela Jones**, employed as **Vice President** by MidFirst Bank, hereby certifies the following information:
Recorded on January 04, 2008 in Cumberland County, in Book 4037, at Page 5179.
Property Address: 509 Laurel Street, Vineland NJ 08360.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Geraldine N. Blunt, Michael N. Blunt

POST-PETITION PAYMENTS (Petition filed on March 25, 2020)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered April 04, 2022 | | | | | |
| $3000.00 | | A/O Instanter Payment | $3000.00 | 04/14/2022 | - |
| | | To Suspense | $1,250.00 | 04/29/2022 | $1,250.00 |
| $1214.42 | 04/01/2022 | 04/2022 | From Suspense | 05/02/2022 | $35.58 |
| $1214.42 | 05/01/2022 | | $0.00 | | $35.58 |
| $1214.42 | 06/01/2022 | | $0.00 | | $35.58 |
| $1214.42 | 07/01/2022 | | $0.00 | | $35.58 |
| Total Due: $7,857.68 | | Total Received: $4,250.00 | | Arrears: $3,607.68 | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $1214.42
Arrears: $3,607.68

Each current monthly payment is comprised of:
Effective as of June 30, 2022, the current monthly payment is comprised of:
    Principal:        $813.90_____
    Interest:         $_____
    R.E. Taxes:    $_____
    Insurance:     $_____

| | | |
|---|---|---|
| Other: | $400.52 | (Specify:_Escrow____) |
| **TOTAL** | $1,214.42 | |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

Notices of Mortgage Payment Change: Filed 11/02/2020 effective 12/01/2020, Filed 10/28/2021 effective 12/01/2021.

PRE-PETITION ARREARS: $36,063.38

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 7/25/2022

Signature: Marcela Jones, Vice President