UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By: Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
Attorneys for Secured Creditor: MidFirst Bank

In Re:
Geraldine N. Blunt
Michael N. Blunt
        Debtor (s)

Case No:   20-14873 ABA

Chapter:   13

Judge:   Andrew B. Altenburg Jr.

**CERTIFICATION OF SERVICE**

1. I, Thomas Diruscio:

   ☐ Represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Denise Carlon, who represents the <u>Secured Creditor</u> in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On 07/26/2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Certification of Default
   - Proposed Order
   - Exhibits
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.
Dated: 07/26/2022        /S/ Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Geraldine N. Blunt<br>509 Laurel Street<br>Vineland, NJ 08360<br>Michael N. Blunt<br>509 Laurel Street<br>Vineland, NJ 08360 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Seymour Wasserstrum<br>Law Offices of Seymour Wasserstrum<br>205 West Landis Avenue<br>Vineland, NJ 08360 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center - 535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |