Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 20–14873–ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael N. Blunt | Geraldine N. Blunt |
| 509 Laurel St. | 509 Laurel St. |
| Vineland, NJ 08360 | Vineland, NJ 08360 |

Social Security No.:
  xxx–xx–6416                       xxx–xx–3496

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                September 6, 2022
Time:              10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*91* – Certification in Opposition to (related document:90 Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: re: 509 Laurel Street, Vineland, NJ 08360. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 74 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 79 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 08/9/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Seymour Wasserstrum on behalf of Geraldine N. Blunt, Michael N. Blunt. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: August 10, 2022
JAN: lgr

                                                                                                        Jeanne Naughton
                                                                                                        Clerk