Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−14873−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael N. Blunt | Geraldine N. Blunt |
| 509 Laurel St. | 509 Laurel St. |
| Vineland, NJ 08360 | Vineland, NJ 08360 |

Social Security No.:
  xxx−xx−6416                                              xxx−xx−3496

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      10/13/22
Time:      02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Seymour Wasserstrum, Debtor's Attorney, period: 6/9/2021 to 9/8/2022.

COMMISSION OR FEES
fee: $1,532.25.

EXPENSES
expenses: $9.15.

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
       creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 8, 2022
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                 Case No. 20-14873-ABA
Michael N. Blunt                                                                              Chapter 13
Geraldine N. Blunt
　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                              Page 1 of 3
Date Rcvd: Sep 08, 2022           Form ID: 137                         Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael N. Blunt, Geraldine N. Blunt, 509 Laurel St., Vineland, NJ 08360-2826 |
| 518803743 | | Aarons Furniture, Landis Ave., Vineland, NJ 08360 |
| 518803715 | | Citimortgage, PO Box 660065, Dallas, TX 75266-0065 |
| 518779322 | + | City Of Vineland, 640 E Wood St, Tax Collector, Vineland, NJ 08360-3722 |
| 518803741 | + | DL Thompson Law ,PC, 1442 Lakewood Rd Manasquan, PO Box 679, Allenwood, NJ 08720-0679 |
| 518803716 | + | Family Medicine of Buena, 761 S. Harding highway, Buena, NJ 08310-9732 |
| 518803719 | | Inspira Health, P.O. Box 48274, Newark, NJ 07101-8474 |
| 518803736 | | Lab Corp, PO Box 1235, Elmsford, NY 10523-0935 |
| 518779331 | + | Mariner Finance, 3650 E Landis Avenue, Vineland, NJ 08361 |
| 518779333 | + | Michawl S. Gorsen, 1017 E. Landis Ave., Vineland, NJ 08360-4043 |
| 518803739 | | Midfirst Bank, 722 E Landis Ave, Vineland, NJ 08360 |
| 518779336 | + | Phelan Hallinan & Diamond, & Jones, PC, 400 Fellowship Road Suite 100, Mt. Laurel, NJ 08054-3437 |
| 518803740 | + | South Jersey Gas, Po Box 577, Attn: Mrs. DeMarco, Hammonton, NJ 08037-0577 |
| 518779339 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518779340 | + | TD Bank, 3850 S Delsea Dr, Vineland, NJ 08360-7464 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518779319 | + | Email/Text: bsimmons@amsher.com | Sep 08 2022 20:40:00 | Amsher Collection Services, 600 Beacon Pkwy W Suite 300, Birmingham, AL 35209-3114 |
| 518779320 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 08 2022 20:47:00 | Capital One Bank Usa Na, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518779321 | + | Email/Text: bankrupt@choicerecovery.com | Sep 08 2022 20:39:00 | Choice Recovery Inc., PO Box 20790, Columbus, OH 43220-0790 |
| 518779324 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 08 2022 20:47:54 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 518779325 | + | Email/Text: bknotice@ercbpo.com | Sep 08 2022 20:40:00 | Enhanced Recovery Comp, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518779328 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2022 20:39:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |

Case 20-14873-ABA   Doc 97   Filed 09/10/22   Entered 09/11/22 00:14:11   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: 137 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518779329 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 20:47:37 | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 518785722 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 20:47:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518779330 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 08 2022 20:39:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 518808423 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 08 2022 20:39:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518779332 | + | Email/Text: bmyers@membersonenj.org | Sep 08 2022 20:40:00 | Members 1st Of NJ FCU, 37 W Landis Avenue, Vineland, NJ 08360-8122 |
| 518856152 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 08 2022 20:47:25 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518833142 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2022 20:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518779334 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 08 2022 20:47:45 | Midland Mortgage Company, Po Box 268959, Oklahoma City, OK 73126-8959 |
| 518779335 | ^ | MEBN | Sep 08 2022 20:36:28 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518779337 | + | Email/Text: EBN_Waco@Receivemorermp.com | Sep 08 2022 20:40:00 | PMAB LLC, 4135 S Stream Blvd Ste, Charlotte, NC 28217-4636 |
| 518779338 | | Email/Text: bankruptcy@gopfs.com | Sep 08 2022 20:40:00 | Prestige Financial Service, PO Box 26707, Salt Lake City, UT 84126-0707 |
| 518808458 | + | Email/Text: bankruptcy@gopfs.com | Sep 08 2022 20:40:00 | Prestige Financial Services, BANKRUPTCY DEPT, PO BOX 26707, SLC UT 84126-0707 |
| 518781168 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 20:47:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518779342 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 08 2022 20:39:00 | Verizon, PO Box 25087, Attn: Caroline Maher, Wilmington, DE 19899-5087 |
| 518779323 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2022 20:40:00 | comenitycapital/boscovs, PO Box 182120, Columbus, OH 43218-2120 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518779326 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518779327 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 518821497 | ##+ | MIDFIRST BANK, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518779341 | ##+ | Thrift Investment Corp, 720 King George Post Rd, Fords, NJ 08863-1974 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2022  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Richard Gerbino | on behalf of Creditor Prestige Financial Services  Inc. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Seymour Wasserstrum | on behalf of Debtor Michael N. Blunt mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Geraldine N. Blunt mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8