UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

**Order Filed on September 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  20-14873 ABA

Adv. No.:

Hearing Date:  09/06/2022 @ 10:00 a.m.

Judge:  Andrew B. Altenburg, Jr.

In Re:

        Geraldine N. Blunt, Michael N. Blunt

Debtors.

## ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

        The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: September 19, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  Geraldine N. Blunt, Michael N. Blunt
Case No:  20-14873 ABA
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR
RELIEF FROM STAY

_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 509 Laurel Street, Vineland, NJ 08360, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Seymour Wasserstrum, Esq., attorney for Debtors, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of September 2, 2022 Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due May 2022 through September 2022 for a total post-petition default of $6,036.52 (5 @ $1,214.42, less suspense $35.58); and

      It is further **ORDERED, ADJUDGED and DECREED** that the debtor will make a lump sum payment of $3,600.00; and

      It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,436.52 will be paid by Debtor remitting $406.08 for per month for five months and $406.12 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on October 1, 2022 and continue for a period of six months until the post-petition arrears are cured; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume October 1, 2022, directly to Secured Creditor's servicer, MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees in an amount to be included in a post-petition fee notice which is to be paid through Debtors' Chapter 13 plan; and

**(Page 3)**

Debtors:  Geraldine N. Blunt, Michael N. Blunt

Case No:  20-14873 ABA

Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

_____

It is further **ORDERED, ADJUDGED and DECREED** that the Secured Creditor's Certification of Default is hereby resolved.