UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Seymour Wasserstrum
205 West Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Email: mylawyer7@aol.com
Attorney for Debtor(s)

**Order Filed on October 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michael N. Blunt
Geraldine N. Blunt

Case No.: 20-14873

Chapter: 13

Judge: ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 13, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Seymour Wasserstrum_____, the applicant, is allowed a fee of $ _____1532.25_____ for services rendered and expenses in the amount of $_____9.15_____ for a total of $_____1542.15_____. The allowance is payable:

&boxtimes; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1464.00____ per month for ____30____ months to allow for payment of the above fee.

*rev.8/1/15*