# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u><br>Caption in Compliance with D.N.J.LBR 9004-1<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone:609-250-0700<br>dcarlon@kmllawgroup.com<br>MidFirst Bank | CASE NO. 20-14873 ABA<br>CHAPTER 13<br>Judge: Andrew B. Altenburg Jr. |
|---|---|

In re:

Geraldine N. Blunt
Michael N. Blunt

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 12/21/2007

I, __Crystal Baker__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:

Recorded on January 04, 2008 in <u>Cumberland</u> County, in Book 4037, at Page 5179.
Property Address: 509 Laurel Street, Vineland NJ 08360.

Mortgage Holder: <u>MidFirst Bank</u>

Mortgagor(s)/ Debtor(s): <u>Geraldine N. Blunt, Michael N. Blunt</u>

POST-PETITION PAYMENTS (Petition filed on March 25, 2020)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered September 19, 2022 | | | | | - |
| $3,600.00 | 09/19/2022 | | $0.00 | | - |
| $406.08 | 10/01/2022 AO 1 of 5 | | $0.00 | | - |
| $1,214.42 | 10/01/2022 | | $0.00 | | - |
| Total Due: $5,220.50 | | | Total Received: $0.00 | Arrears: $5,220.50 | |

Continue on attached sheets if necessary.

Monthly payments past due: 1 mo. X $1,214.42
Agreed Order payments past due: 1 X $3,600.00, 1 X $406.08
Arrears: $5,220.50

Each current monthly payment is comprised of:
    Principal:        $813.90_____
    Interest:         $_____
    R.E. Taxes:     $_____
    Insurance:      $_____
    Other:           $400.52_____ (Specify:_Escrow_____)
    TOTAL       $1,214.42_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate

sheet(s) if necessary)
Notices of Mortgage Payment Change: Filed 11/02/2020 effective 12/01/2020, Filed 10/28/2021 effective 12/01/2021.

PRE-PETITION ARREARS: $36,063.38
I certify under penalty of perjury that the foregoing is true and correct.

Dated: 11-10-2022

_Crystal Baker_
Signature    Crystal Baker
             **Vice President**