Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−14873−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael N. Blunt | Geraldine N. Blunt |
| 509 Laurel St. | 509 Laurel St. |
| Vineland, NJ 08360 | Vineland, NJ 08360 |

Social Security No.:
   xxx−xx−6416                                            xxx−xx−3496

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 12/20/22 at 10:00 AM

to consider and act upon the following:

*104* − Certification in Opposition to (related document:103 Creditor's Certification of Default (related document:74 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 79 Order (Generic), 90 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 98 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 11/28/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Seymour Wasserstrum on behalf of Geraldine N. Blunt, Michael N. Blunt. (Wasserstrum, Seymour)

Dated: 11/29/22

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court