Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−14873−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michael N. Blunt                                   Geraldine N. Blunt
   509 Laurel St.                                         509 Laurel St.
   Vineland, NJ 08360                       Vineland, NJ 08360

Social Security No.:
   xxx−xx−6416                                       xxx−xx−3496

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 29, 2021.

On December 19, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                January 25, 2023
Time:               10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 21, 2022
JAN:

                                                                                     Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael N. Blunt  
Geraldine N. Blunt  
    Debtors

Case No. 20-14873-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: 185 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael N. Blunt, Geraldine N. Blunt, 509 Laurel St., Vineland, NJ 08360-2826 |
| 518803743 | | Aarons Furniture, Landis Ave., Vineland, NJ 08360 |
| 518803715 | | Citimortgage, PO Box 660065, Dallas, TX 75266-0065 |
| 518779322 | + | City Of Vineland, 640 E Wood St, Tax Collector, Vineland, NJ 08360-3722 |
| 518803741 | + | DL Thompson Law ,PC, 1442 Lakewood Rd Manasquan, PO Box 679, Allenwood, NJ 08720-0679 |
| 518803716 | + | Family Medicine of Buena, 761 S. Harding highway, Buena, NJ 08310-9732 |
| 518803719 | | Inspira Health, P.O. Box 48274, Newark, NJ 07101-8474 |
| 518803736 | | Lab Corp, PO Box 1235, Elmsford, NY 10523-0935 |
| 518779331 | + | Mariner Finance, 3650 E Landis Avenue, Vineland, NJ 08361 |
| 518779333 | + | Michawl S. Gorsen, 1017 E. Landis Ave., Vineland, NJ 08360-4043 |
| 518803739 | | Midfirst Bank, 722 E Landis Ave, Vineland, NJ 08360 |
| 518779336 | + | Phelan Hallinan & Diamond, & Jones, PC, 400 Fellowship Road Suite 100, Mt. Laurel, NJ 08054-3437 |
| 518803740 | + | South Jersey Gas, Po Box 577, Attn: Mrs. DeMarco, Hammonton, NJ 08037-0577 |
| 518779339 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518779340 | + | TD Bank, 3850 S Delsea Dr, Vineland, NJ 08360-7464 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 21 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 21 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518779319 | + | Email/Text: bsimmons@amsher.com | Dec 21 2022 20:48:00 | Amsher Collection Services, 600 Beacon Pkwy W Suite 300, Birmingham, AL 35209-3114 |
| 518779320 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2022 20:57:19 | Capital One Bank Usa Na, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518779321 | + | Email/Text: bankrupt@choicerecovery.com | Dec 21 2022 20:47:00 | Choice Recovery Inc., PO Box 20790, Columbus, OH 43220-0790 |
| 518779324 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 21 2022 20:57:37 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 518779325 | + | Email/Text: bknotice@ercbpo.com | Dec 21 2022 20:48:00 | Enhanced Recovery Comp, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518779328 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 21 2022 20:47:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |

Case 20-14873-ABA    Doc 109    Filed 12/23/22    Entered 12/24/22 00:15:03    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: 185 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518779329 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2022 20:57:50 | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 518785722 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2022 20:57:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518779330 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 21 2022 20:47:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 518808423 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 21 2022 20:47:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518779332 | + | Email/Text: bmyers@membersonenj.org | Dec 21 2022 20:48:00 | Members 1st Of NJ FCU, 37 W Landis Avenue, Vineland, NJ 08360-8122 |
| 518856152 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 21 2022 20:57:33 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518833142 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2022 20:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518779334 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 21 2022 20:57:33 | Midland Mortgage Company, Po Box 268959, Oklahoma City, OK 73126-8959 |
| 518779335 | ^ | MEBN | Dec 21 2022 20:47:16 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518779337 | + | Email/Text: EBN_Waco@Receivemorermp.com | Dec 21 2022 20:48:00 | PMAB LLC, 4135 S Stream Blvd Ste, Charlotte, NC 28217-4636 |
| 518779338 | | Email/Text: bankruptcy@gopfs.com | Dec 21 2022 20:48:00 | Prestige Financial Service, PO Box 26707, Salt Lake City, UT 84126-0707 |
| 518808458 | + | Email/Text: bankruptcy@gopfs.com | Dec 21 2022 20:48:00 | Prestige Financial Services, BANKRUPTCY DEPT, PO BOX 26707, SLC UT 84126-0707 |
| 518781168 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 21 2022 20:57:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518779342 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 21 2022 20:47:00 | Verizon, PO Box 25087, Attn: Caroline Maher, Wilmington, DE 19899-5087 |
| 518779323 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2022 20:48:00 | comenitycapital/boscovs, PO Box 182120, Columbus, OH 43218-2120 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518779326 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518779327 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 518821497 | ##+ | MIDFIRST BANK, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518779341 | ##+ | Thrift Investment Corp, 720 King George Post Rd, Fords, NJ 08863-1974 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 21, 2022 | Form ID: 185 | Total Noticed: 38 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2022              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:

**Name**  **Email Address**

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Richard Gerbino
on behalf of Creditor Prestige Financial Services  Inc. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Seymour Wasserstrum
on behalf of Debtor Michael N. Blunt mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
on behalf of Joint Debtor Geraldine N. Blunt mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7