```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Seymour Wasserstrum, SW2734
Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-3586
Attorney for Debtor
```

In Re:

Michael and Geraldine Blunt

Case No.: 20-14873

Adv. No.: _____

Chapter: 13

Hearing Date: 1/10/2023

Judge: ABA

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Seymour Wasserstrum__,

   ☒ am the attorney for: __Michael and Geraldine Blunt__

   ☐ am self-represented

   Phone number: __856-696-8300__

   Email address: __mylawyer7@aol.com__

2. I request an adjournment of the following hearing:

   Matter: __Creditor's Certification of Default__

   Current hearing date and time: __1/10/2023 10:00 am__

   New date requested: __1/17/2023 10:00am__

   Reason for adjournment request: __Attorney's family emergency. I will be flying to Chicago tonight.__

3.     I request an adjournment of confirmation:

       Current confirmation date and time: _____

       New date requested: _____

       Reason for adjournment request: _____

       _____

       Confirmation has been adjourned _____ previous times

       Trustee payments are current through _____

       The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

       ☒ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain below): _____

       _____

       _____

I certify under penalty of perjury that the foregoing is true.

Date: 1/9/2023                                   /s/ Seymour Wasserstrum
                                                                         Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted               New hearing date: 1/17/23 @ 10 am        ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*