ISABEL C. BALBOA [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
**Case Number: 20-14873 (ABA)**

Michael N. Blunt and Geraldine N. Blunt
509 Laurel Street
Vineland, NJ  08360

Monthly Payment: $1,464.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 06/07/2022 | $680.00 | 06/21/2022 | $680.00 | 07/01/2022 | $680.00 | 07/15/2022 | $680.00 |
| 07/29/2022 | $680.00 | 08/15/2022 | $680.00 | 08/30/2022 | $680.00 | 09/13/2022 | $680.00 |
| 09/23/2022 | $680.00 | 10/11/2022 | $680.00 | 10/21/2022 | $680.00 | 11/08/2022 | $680.00 |
| 11/18/2022 | $680.00 | 12/05/2022 | $680.00 | 12/16/2022 | $680.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | MICHAEL N. BLUNT | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $3,960.00 | $3,960.00 | $0.00 | $3,960.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $1,542.15 | $1,542.15 | $0.00 | $0.00 |
| 1 | AMSHER COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK USA NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CHOICE RECOVERY INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CITY OF VINELAND | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ENHANCED RECOVERY COMP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT OF THE TREASURY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $631.22 | $0.00 | $0.00 | $0.00 |
| 11 | MARINER FINANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MARINER FINANCE, LLC | 33 | $1,797.86 | $0.00 | $0.00 | $0.00 |
| 13 | MEMBERS 1ST OF NJ FCU | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MICHAWL S. GORSEN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MIDFIRST BANK | 24 | $36,063.38 | $10,381.43 | $25,681.95 | $6,101.16 |
| 16 | OFFICE OF ATTORNEY GENERAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PMAB LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MIDLAND FUNDING, LLC | 33 | $387.18 | $0.00 | $0.00 | $0.00 |
| 19 | PRESTIGE FINANCIAL SERVICES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | TD BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | THRIFT INVESTMENT CORPORATION | 33 | $3,701.02 | $0.00 | $0.00 | $0.00 |
| 23 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | VERIZON BY AMERICAN INFOSOURCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 25 | COMENITYCAPITAL/BOSCOVS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | GERALDINE N. BLUNT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | MIDFIRST BANK | 24 | $4,848.60 | $1,395.76 | $3,452.84 | $820.28 |
| 30 | MIDFIRST BANK | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 31 | MIDFIRST BANK | 13 | $350.00 | $350.00 | $0.00 | $350.00 |
| 32 | PRESTIGE FINANCIAL SERVICES | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 33 | MIDFIRST BANK | 24 | $3,891.79 | $664.40 | $3,227.39 | $126.51 |
| 34 | MIDFIRST BANK | 13 | $350.00 | $350.00 | $0.00 | $350.00 |
| 35 | MIDFIRST BANK | 24 | $4,243.61 | $606.22 | $3,637.39 | $0.00 |
| 36 | AMSHER COLLECTION SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | MIDFIRST BANK | 13 | $350.00 | $350.00 | $0.00 | $0.00 |
| 38 | MIDFIRST BANK | 13 | $200.00 | $200.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|-----------|---------|
| 04/01/2020 | 27.00 | $0.00 |
| 07/01/2022 | Paid to Date | $16,638.00 |
| 08/01/2022 | 2.00 | $1,407.00 |
| 10/01/2022 | 30.00 | $1,464.00 |
| 04/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $10,200.00 |
| Total paid to creditors this period: | $12,769.95 |
| Undistributed Funds on Hand: | $1,243.04 |
| Arrearages: | ($274.00) |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**