UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
MidFirst Bank

In re:
Geraldine N. Blunt
Michael N. Blunt

Debtor(s)

Case No: 20-14873 ABA

Chapter: 13

Judge: Andrew B. Altenburg Jr.

Order Filed on January 31, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form:   ☐ Followed   ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 31, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of  MidFirst Bank, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as
hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume
and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to
pursue the movant's rights in the following:

■        Real Property More Fully Described as:

**Land and premises commonly known as 509 Laurel Street, Vineland NJ 08360**

☐        Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in
this case as defendants in its action(s) irrespective of any conversion to any other chapter of the
Bankruptcy Code.

It is further ORDERED that if the Debtor obtains the funds to cure the post-petition
arrears prior to the sheriff sale of the subject property, Debtor can seek reinstatement of the
automatic stay by filing a certification with the Court with proof of same.