**Seymour Wasserstrum, SW2734**
**Law Offices of Seymour Wasserstrum**
**205 W. Landis Avenue**
**Vineland, New Jersey 08360**
**Phone: (856) 696-8300**
**Fax: (856) 696-3586**
**Attorney for Debtors**

|  |  |  |
|---|---|---|
| | : | UNITED STATES BANKRUPTCY COURT |
| IN RE:  Michael N. Blunt and | | |
| Geraldine N. Blunt | : | DISTRICT OF NEW JERSEY (CAMDEN) |
| | : | |
| | : | |
| | : | CHAPTER 13 CASE NO.: 20-14873-ABA |
| Debtor | : | |
| | : | APPLICATION TO STOP WAGE ORDER |
| | : | |

TO:      Honorable Judge Jerrold N. Poslusny Jr., U.S.B.J.


I, Seymour Wasserstrum, by way of application hereby state:


1.  I am an attorney at law licensed to practice before this Court and I am authorized to make this application.

2.  On March 25, 2020, the debtor filed a Chapter 13 Case No: 20-14873.

3.  On April 28, 2022, there was an Amended Order for Debtor's Employer to Pay Trustee filed and put into effect for the Plan Payments.

4.  Debtor is evaluating their case to see if they will be eligible to convert to Chapter 7, stay In their case and complete it, or to voluntarily dismiss their case.

5.  Accordingly, we ask that this Order for Debtor's Employer now be terminated.


I hereby certify that the foregoing statements made by me are true and correct. I am aware that if any statements made by me are willfully false, I am subject to punishment.


Dated: 5/30/2023                                    /s/ Seymour Wasserstrum Esq.
                                                    Seymour Wasserstrum, Esq.
                                                    Counsel for Debtor