UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Seymour Wasserstrum
205 Landis Ave
Vineland NJ 08360
856-696-8300
Attorney for Debtor(s)

In Re:

Michael N. Blunt and Geraldine N. Blunt

Order Filed on June 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-14873

Judge: ABA

Chapter: 13

# ORDER TO DEBTOR'S EMPLOYER
## ENDING PAYMENTS TO THE CHAPTER 13 TRUSTEE

The relief set forth on the following page is **ORDERED**.

**DATED: June 12, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

     <u>Michael N. & Geraldine N. Blunt</u>, a debtor in the above named case having filed for relief under Chapter 13 of Title 11 of the United States Code, and an order having been entered for debtor's employer <u>     State of New Jersey     </u>, to deduct funds from the debtor's compensation and submit them to the Chapter 13 Trustee, and

Within 10 days of the order being signed, the Debtors will evaluate their case and will move forward with the following options:

1. Convert Case to a Chapter 7.

2. Voluntarily Dismiss Case.

3. Continue to move forward with case.

4. Modify Chapter 13 Plan upon completion of Trial Period Plan/Final Loan Modification

IT IS HEREBY

     ORDERED that the debtor's employer shall cease withholding trustee payments from the debtor's compensation beginning on the date of this order, and that the debtor's employer is no longer required to submit payments to the Chapter 13 Trustee on behalf of the above named debtor, and it is further

     ORDERED that any funds withheld from the debtor's compensation prior to the above date that have not been transmitted to the trustee shall be refunded to the debtor within ten (10) days of the date of this Order, and it is further

     ORDERED that the attorney for the debtor or the Chapter 13 Trustee if the debtor is not represented by an attorney, shall serve a copy of this order on the debtor's employer within five days of the date of this order.

*rev.8/1/15*