| | |
|---|---|
| UNITED STATES BANKRUTPCY COURT<br>DISTRICT OF NEW JERSEY | |
| OFFICE OF THE CHAPTER 13 STANDING TRUSTEE<br>Isabel C. Balboa, Esquire<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002<br>(856) 663-5002 | Order Filed on September 19, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**MICHAEL N. & GERALDINE N. BLUNT** | Case No: 20-14873 (ABA)<br><br>Hearing Date:  September 15, 2023 at 9:00 a.m.<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>Chapter:       13 |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form: | | ☐ Followed | ☒ | Modified |

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through (3) is hereby **ORDERED**.

**DATED: September 19, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having considered the motion or certification of Isabel C. Balboa, Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

- ☒ The debtor(s)' case is hereby DISMISSED.

- ☐ The debtor(s)' plan is allowed to continue at the regular monthly payment of $\_\_\_\_ for a period of \_\_\_\_\_. If the debtor(s) should fail to make any future Chapter 13 plan payment for a period of more than thirty (30) consecutive days, the Trustee shall file a Certification of Default with notice of said Certification to the debtor(s) and debtor(s)' attorney, if any, and the court shall enter an Order dismissing the debtor(s)' case.

- ☐ An Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order.

- ☐ Other:

    - ☒ IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this Court for cause retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

    - ☐ IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with the arrears being capitalized through the debtor(s)' plan, and the plan shall continue at $_____ which represents total receipts applied to plan.

- ❏ IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with a lump sum payment of $____ due within ____ days from the date of this Order.

- ❏ IT IS FURTHER ORDERERED the Debtor(s)' shall be barred from filing for bankruptcy protection under Chapter 13 for a period of ____ from the date of dismissal of Debtor(s)' case.

- ❏ IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with tier payments of _____.

- ❏ This order incorporates a fee application for debtor(s)' attorney in the amount of $_____ pending Court approval.

- ❏ A status hearing shall be held on _____.

- ❏ _____.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-14873-ABA |
| Michael N. Blunt | Chapter 13 |
| Geraldine N. Blunt | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 20, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael N. Blunt, Geraldine N. Blunt, 509 Laurel St., Vineland, NJ 08360-2826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Richard Gerbino | on behalf of Creditor Prestige Financial Services  Inc. rgerbino@schillerknapp.com, lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| Seymour Wasserstrum | on behalf of Debtor Michael N. Blunt mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 20, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Seymour Wasserstrum
          on behalf of Joint Debtor Geraldine N. Blunt mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7